The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LIKA OUNG AND SOPHY LONG, husband and wife, and the marital community thereof,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, a foreign corporation, and SWAMY BALAKRISHNAN aka BALAKRISHNAN SWAMY and "JANE DOE" BALAKRISHNAN aka "JANE DOE" SWAMY, a marital community,<br><br>Defendants. | No. 2:16-cv-01200-RSL<br><br>JOINT MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE<br><br>**NOTE ON MOTION CALENDAR:**<br>**March 10, 2017** |

## I.   MOTION

Pursuant to Federal Rules of Civil Procedure Rule ("FRCP") 16(b)(4), Plaintiffs Lika Oung and Sophy Long and defendant Allstate Fire & Casualty Insurance Company (collectively "the Parties") jointly submit the following Joint Motion to Extend Expert Disclosure Deadline. Specifically, the Parties request that the Court extend the expert disclosure deadline of April 5, 2017 set forth in the Minute Order Setting Trial Date & Related Dates (Dkt. 15) to April 28, 2017.

JOINT MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE
(2:16-cv-01200-RSL) - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\Clients\00027\1118\JointMotiontoExtendExpertDisclosure.docx

## II. DISCUSSION

Under FRCP 16(b)(4), a schedule may be modified for good cause and with the Court's consent. In this instance, good cause exists to extend the expert disclosure deadline because Plaintiff Lika Oung has recently sought additional medical treatment with new providers and is considering having surgery on his neck. In addition, Mr. Oung also recently treated with mental health counselor that were disclosed on February 27, 2017. The Parties do not have the medical records from these new providers in order to provide them to the experts to render their opinions. An extension of time to April 28, 2017 will permit the Parties to obtain these records, provide these records to their experts, and schedule the necessary Independent Medical Examination(s) at a mutually acceptable date and time. The Parties cannot comply with the requirements of FRCP 26(a)(2) without this extension. The Parties do not move for any additional extensions of time. A proposed Order reflecting this change to the scheduling order is concurrently filed with this Motion.

## III. CONCLUSION

For the foregoing reasons, Plaintiffs Lika Oung and Sophy Long and defendant Allstate Fire & Casualty Insurance Company respectfully request that the Court grant this Motion.

DATED this 10th day of March, 2017.

KELLER ROHRBACK L.L.P.

By: s/Brian P. Russell
Brian P. Russell, WSBA #10715
17820 First Avenue South
Normandy Park, WA 98148
Telephone: 206.244.3200
Facsimile: 206.248.2023
Email: bprlaw@comcast.net

*Attorney for Plaintiffs*

By: s/Irene M. Hecht
Irene M. Hecht, WSBA #11063
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: 206.623.1933
Facsimile: 206.623.3384
Email: ihecht@kellerrohrback.com

*Attorneys for Defendant Allstate Fire and Casualty Insurance Company*

JOINT MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE
(2:16-cv-01200-RSL) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\Clients\00027\1118\JointMotiontoExtendExpertDisclosure.docx

**ORDER**

IT IS SO ORDERED.

DONE IN OPEN COURT this 14th day of March 2017.

By _____
THE HONORABLE ROBERT S. LASNIK

Presented by:

KELLER ROHRBACK L.L.P.

By: *s/Irene M. Hecht*
    Irene M. Hecht, WSBA #11063
    Attorneys for Defendant
    Allstate Fire and Casualty Insurance Company

Approved as to form;
Notice of presentation waived.

By: *s/Brian P. Russell*
    Brian P. Russell, WSBA #10715
    Attorney for Plaintiffs

JOINT MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE
(2:16-cv-01200-RSL) - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\Clients\00027\1118\JointMotiontoExtendExpertDisclosure.docx