UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LIKA OUNG AND SOPHY LONG, husband and wife, and the marital community thereof,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, a foreign corporation, and SWAMY BALAKRISHNAN aka BALAKRISHNAN SWAMY and "JANE DOE" BALAKRISHNAN aka "JANE DOE" SWAMY, a marital community,<br><br>Defendants. | No. 2:16-cv-01200-RSM<br><br>ORDER DISMISSING CASE |

Pursuant to the parties' Stipulation (Dkt. No. 44) and Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 24th day of August, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE